United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 19, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10707
_____

WESTERN RIM INVESTMENT ADVISORS, INC., a Nevada Corporation;
WESTERN RIM PROPERTY SERVICES, INC., a Nevada Corporation;
WESTERN RIM INVESTMENT ADVISORS 97-1, INC.;
WESTERN RIM INVESTMENT ADVISORS 00-2, L.L.C.;
WESTERN RIM LIMPAR GENPAR 00-2, L.L.C.;
WESTERN RIM INVESTMENT ADVISORS 00-3, L.L.C.;
WESTERN RIM LIMPAR GENPAR 00-3, L.L.C.;
WESTERN RIM INVESTMENT ADVISORS 01-1, L.L.C.;
WESTERN RIM LIMPAR GENPAR 01-1, L.L.C.;
WRPS II, INC.,

Plaintiffs - Counter Defendants - Appellants - Cross Appellees,

versus

GULF INSURANCE COMPANY,

Defendant - Counter Claimant - Appellee - Cross Appellant.
_____

Appeals from the United States District Court
for the Northern District of Texas, Fort Worth Division
District Court Cause No. 4:02-CV-112-Y
_____

Before DAVIS, PRADO and PICKERING, Circuit Judges.[1]

PER CURIAM.

The court has considered the parties' positions in light of
oral argument, the briefs and pertinent portions of the record.
Having done so, the court finds no reversible error of fact or
law and affirms for essentially the reasons stated by the

_____

[1]Pursuant to 5th Cir. R. 47.5, this Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

district court.  *See Western Rim Inv. Advisors v. Gulf Ins. Co.*, 269 F. Supp. 2d 836 (N.D. Tex. 2003).

AFFIRMED.